UNITED STATES of America,
Plaintiff—Appellee,

v.

Salvador PINEDA–RODRIGUEZ,
Defendant—Appellant.

No. 01–10505.

D.C. No. CR–00–01337–JMR.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2002.*

Decided July 31, 2002.

Before BROWNING, KOZINSKI, and
BERZON, Circuit Judges.

### MEMORANDUM **

Salvador Pineda–Rodriguez appeals from his guilty plea conviction for illegal reentry after deportation in violation of 8 U.S.C. § 1326(a). Pineda–Rodriguez's counsel has filed a brief pursuant to *An-*

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

**924**

*ders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating there are no arguable issues for review and seeking to withdraw as counsel of record. Pineda–Rodriguez has not filed a pro se supplemental brief. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issues for review. Counsel's motion to withdraw is GRANTED, and the district court's judgment is

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.